IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KEVIN LAWSON | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-288-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA | ) | |

## **ORDER**

Before the court are Plaintiff's motion for leave to appeal and Plaintiff's motion for a certificate of appealability. (Doc. # 27.) It appears that Plaintiff was attempting to appeal the absence of the court's ruling on his motion for recusal. An Order denying that motion now has been entered. (Doc. # 28.) Therefore, it is ORDERED that the motions for leave to appeal and for a certificate of appealability are DENIED AS MOOT.

DONE this 23rd day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE